# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 21, 2015

### NO. 03-14-00119-CV

**Emergency Service Partners, L.P., Orlando R. Magallanes, M.D. and
Jack W. Pierce, M.D., Appellants**

**v.**

**Sharon Rothert and Fred Rothert, Appellee**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the interlocutory order signed by the trial court on February 11, 2014. Appellants have filed motions to dismiss the appeal, and having considered the motions, the Court agrees that the motions should be granted. Therefore, the Court grants the motions and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.